# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DARREN PATRICK GAUNT

VERSUS

ADRIENNE DEROUEN GAUNT

NO. 2019 CW 0830

**OCT 2 9 2019**

In Re:   Adrienne Derouen Gaunt, applying for supervisory
         writs, 22nd Judicial District Court, Parish of St.
         Tammany, No. 2018-13894.

**BEFORE:   McDONALD, HIGGINBOTHAM, AND LANIER, JJ.**

**WRIT GRANTED WITH ORDER.**   The district court's April 8,
2019 judgment denying the Motion to Dismiss filed by Defendant,
Adrienne Derouen Gaunt, is vacated.   A request for involuntary
dismissal for failure to request service within the time
prescribed by La. Code Civ. P. art. 1201(C) requires a
contradictory motion pursuant to La. Code Civ. P. art. 1672(C).
This matter is hereby remanded to the district court with
instruction to conduct a contradictory hearing as mandated by
La. Code Civ. P. art. 1672(C).

                         **JMM**
                         **TMH**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
  DEPUTY CLERK OF COURT
     FOR THE COURT